UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SEAN ROSSITER, | Civil No. 2:26-cv-00208-KKE |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED MOTION TO REMAND |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The Court GRANTS the parties' stipulated motion to remand (Dkt. No. 11) and hereby ORDERS that the Commissioner's decision in the above-captioned case is reversed and remanded under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.  On remand, the Appeals Council will direct the Administrative Law Judge to:

- Further evaluate the claimant's alleged symptoms and the medical opinions and provide rationale in accordance with the disability regulations pertaining to evaluation of symptoms and medical provider opinions (20 C.F.R. §§ 404.1529, 416.929; 404.1520c, 416.920c; Social Security Rulings 12-2p and 16-3p).

- Offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

Page 1       ORDER - [2:26-CV-00208-KKE]

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 19th day of May, 2026.

Kymberly K. Evanson
United States District Judge

Page 2      ORDER - [2:26-CV-00208-KKE]